FILED
CLERK, U.S. DISTRICT COURT

11/03/14 LBB for TS

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_TS\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DESHAUWN A. ROBINSON,<br><br>   Petitioner,<br><br>   v.<br><br>R.E. BARNES, Warden,<br><br>   Respondent. | No. ED CV 14-00228-JFW (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: November 3, 2014

_____
JOHN F. WALTER
United States District Judge