JS-6

**ENTERED**
CLERK, U.S. DISTRICT COURT
11/03/14 LBB for TS
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
11/03/14 LBB for TS
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| DESHAUWN A. ROBINSON, | No. ED CV 14-00228-JFW (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| R.E. BARNES, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that this action is dismissed with prejudice.

Dated: November 3, 2014

_____
JOHN F. WALTER
United States District Judge